BALONICK LAW OFFICE, INC.
BARNEY BALONICK, Cal Bar No. 277776
bhb@balonicklaw.com
10100 Santa Monica Blvd #1700
Los Angeles, CA 90067
Telephone:  310.703.1755
Facsimile:   310.703.1799

Attorneys for Plaintiffs and CounterDefendants,
SHOELOGICS, KOREA; TAN AN T&C CO.,
LTD. aka (MH factory)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHOELOGICS KOREA, a Korean-based Case No.: limited company and successor-in-interest to SHOELOGICS, LTD., TAN AN T&C CO., LTD., a Vietnamese limited company,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALKING COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07096-VAP-JC<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS/COUNTER-DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORTIES; DECLARATION OF BARNEY H. BALONICK, ESQ.,**<br><br>**[PROPOSED] ORDER**<br><br>Judge: Honorable Virgina A. Phillips<br>Date: October 21, 2020<br>Time: 2:00 p.m.<br>Room: 8A |
| THE WALKING COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Counterclaimants,<br><br>v.<br><br>SHOELOGICS KOREA, a Korean-based Case No.: limited company and successor-in-interest to SHOELOGICS, LTD., TAN AN T&C CO., LTD., a Vietnamese limited company,,<br><br>CounterDefendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 21, 2020, at 2:00 p.m., at the First Street Courthouse, Room 8A, 350 West 1st Street, Los Angeles, California, 90012, or as soon thereafter as the matter may be heard, counsel for Plaintiffs/Counter-Defendants (Hereinafter "Plaintiffs") will seek an order to be relieved as counsel of record pursuant to the California Rules of Professional Conduct, CD CA Rule 83-2.3.2, et seq., and all other applicable rules.

Specifically, Plaintiffs' counsel will move to be relieved as counsel of record for the following reasons:

1. Plaintiffs Shoelogics and Tan An have dispatched several e-mails indicating that it has abandoned this case and refuse to participate and refuse to complete the terms of the Firm's retainer agreement;

2. Both plaintiffs have ceased to communicate with Plaintiff's Counsel (in violation of CA RPC 1.16 (4) and (5).

3. All Plaintiffs have agreed to receive this Notice of Motion and Motion by e-mail.

## I. SUMMARY

The Plaintiffs are two companies: Shoelogics develops and commercializes footwear lines, and the factory (Tan An T&C Co.) develops the shoes. Both parties are critical to this case and this case cannot survive without both of them. The instant case involves Plaintiffs' allegations that the Defendant breached a Sourcing Agreement for the production of footwear, and wrongfully cancelled pending purchase orders with Plaintiffs.

Both Plaintffs are companies (Shoelogics has now closed) that are located in the far east with no corporate presence here in the United States, other than shipping goods.

Since the last court hearing of April 20, 2020 (Docket #30), the Plaintiffs have ceased all communications with their counsel other than the owners who

conveyed that each company is abandoning the case. This is making it impossible to mediate, conduct discovery and participate in any discovery requests by the Defendant.

Attached to the Balonick Declaration is Ex. "A" which demonstrates a long e-mail chain advising the Plaintiffs of the instant motion, and the consequences of abandoning the litigation and being subjected to a default. The Plaintiffs have been advised about all potential conflicts of interests, what happens since Shoelogics requests to default out of the case, and that all parties have been advised to seek independent counsel. Other than Jason Shim agreeing that his company is closed and will default, there is no client contact and all outstanding invoices of the firm will apparently go unpaid.

Due to the lack of client contact and refusal to fund the instant litigation in violation of the firm's retainer agreement, The Balonick Law Office, Inc., and its attorney Barney Balonick, respectfully request an order to be relieved as counsel of record.

## II. MEMORANDUM OF POINTS AND AUTHORITIES

### A. Counsel Should Be Permitted To Withdraw Under The California Rules of Professional Conduct

Pursuant to RPC 1.16(a) "...A lawyer shall not represent a client, or shall withdraw from the representation of a client, if:

(1) the lawyer knows... that the client is bringing an action... without probable cause..."

Here, and attached to the Defendant's pleadings, was some evidence directly contradicting the Plaintiff's allegations in the Complaint. Specifically, there was merchandise shipped to the Defendant that was not disclosed to Plaintiff's Counsel and this merchandise was far from anything that could be considered as conforming

goods. Once this evidence was brought to light by the Defendant in its pleadings, it did cause a communication breakdown on the Plaintiff's side. (Balonick Decl., ¶2)

Despite some of these non-conforming goods, both Plaintiffs maintained that it had otherwise performed its contractual obligations. (Balonick Decl., ¶3) Over the last few months, however, communications broke down again and Shoelogics relayed that it closed its doors and wanted to abandon this litigation. (Balonick Decl., ¶4; See Att. Ex. "A")

In addition to Shoelogics abandoning the case and closing its doors, so does Tan An, which will no longer communicate with its counsel, making it impossible to continue in its representation. (Balonick Decl., ¶5)

Attached to the Balonick Declaration are Ex. "B" and "C" which are written statements from both Plaintiffs requesting that this case not continue – both Plaintiffs are abandoning this case. Without the owners of the companies willing to cooperate, it has become clear that the Plaintiff cannot meet its burden of proof at trial.

### B. **Withdrawal Is Permissive**

Pursuant to RPC 1.16 (b)(4), "... a lawyer may withdraw from the representation if: ... the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively..."

Here, both owners of the Plaintiff companies have submitted written statements that it refuses to continue in this case. Not only is this refusal a breach of the Firm's written fee agreement, it is impossible to maintain this case without the clients. The clients are refusing to cooperate, are apparently willing to subject themselves to a default judgment, and have otherwise walked away.

There really is no prejudice here. Shoelogics closed its doors, Tan An is also a foreign corporation and the Defendant has not conducted any discovery other than

written. Even though this Court ordered the parties to mediation, the Plaintiffs will not participate. At this point, Plaintiff's Counsel needs to be relieved.

Dated:  September 21, 2020

        BALONICK LAW OFFICE, INC.


      By *Barney Balonick*
          BARNEY BALONICK

        Attorneys for Plaintiffs
    SHOELOGICS KOREA and TAN AN T&C CO., LTD.

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, the foregoing Motion to be Relieved as Counsel was filed electronically utilizing the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Notice was also sent to Tan An at: mj.kim@vip.163.com and Jason Shim at Jaehak.shim2@gmail.com.

By:  /s/ Barney Balonick

BALONICK LAW OFFICE, INC.
BARNEY BALONICK, Cal Bar No. 277776
bhb@balonicklaw.com
10100 Santa Monica Blvd #1700
Los Angeles, CA 90067
Telephone:  310.703.1755
Facsimile:   310.703.1799

Attorneys for Plaintiffs and CounterDefendants,
SHOELOGICS, KOREA; TAN AN T&C CO.,
LTD. aka (MH factory)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHOELOGICS KOREA, a Korean-based Case No.: limited company and successor-in-interest to SHOELOGICS, LTD., TAN AN T&C CO., LTD., a Vietnamese limited company,<br><br>                    Plaintiffs,<br><br>        v.<br><br>THE WALKING COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants.<br><br>THE WALKING COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>                    Counterclaimants,<br><br>        v.<br><br>SHOELOGICS KOREA, a Korean-based Case No.: limited company and successor-in-interest to SHOELOGICS, LTD., TAN AN T&C CO., LTD., a Vietnamese limited company,,<br><br>                    CounterDefendants. | Case No. 2:19-cv-07096-VAP-JC<br><br>**BALONICK DECLARATION**<br><br>Judge: Honorable Virgina A. Phillips<br>Date: October 12, 2020<br>Time: 2:00 p.m.<br>Room: 8A |

I, Barney Balonick, do hereby declare and state as follows:

I am an attorney admitted to practice in New York, Illinois and California. I am also admitted to practice in the Northern District of Illinois and the Central District of California. I submit this Declaration and make these statements of my own personal knowledge. If called to testify, I would and could do so under penalty of perjury.

1. Attached as Ex. "A" is a true and correct copy of the e-mail I sent to all of the plaintiffs letting them know of my firm's intention to withdraw. Attached as Ex. "B" is a true and correct copy of the letter signed by Jason Shim, owner of Shoelogics (which is now closed) instructing that his company will no longer be open and will not continue with this Case. Attached as Ex. "C" is a true and correct copy of the letter from MJ Kim, owner of Tan An factory and he too refuses to continue to prosecute this Case.

2. Here, and attached to the Defendant's pleadings, was some evidence directly contradicting the Plaintiff's allegations in the Complaint. Specifically, there was merchandise shipped to the Defendant that was not disclosed to Plaintiff's Counsel and this merchandise was far from anything that could be considered as conforming goods. Once this evidence was brought to light by the Defendant in its pleadings, it did cause a communication breakdown on the Plaintiff's side.

3. Despite some of these non-conforming goods, both Plaintiffs maintained that it had otherwise performed its contractual obligations.

4. Over the last few months, however, communications broke down again and Shoelogics relayed that it closed its doors and wanted to abandon this litigation.

5. In addition to Shoelogics abandoning the case and closing its doors, so does Tan An, which will no longer communicate with its counsel, making it impossible to continue in its representation.

I review and affirm these statements under penalty of perjury under the laws of the State of California and the Federal Rules of Civil Procedure that the foregoing is true and correct.

DATED:   9/21/20          *Barney Balonick*
                          Barney Balonick, for the
                          Balonick Law Office, Inc.

EXHIBIT A

To all on this e-mail – I have not received any communications from anyone other than Jason who has decided to abandon the case for Shoelogics. At this juncture, since I have not heard from anyone, my firm is going to file a motion to withdraw as counsel of record. I will serve all parties via e-mail. This e-mail and the chain below will be attached as an exhibit for the court and the defendant to see as it will be filed.

At this time, I strongly suggest that all parties on this e-mail obtain independent counsel. I'll serve everyone with the motion as soon as it's filed. I wish everyone the best in their future endeavors.



Barney Balonick, Esq.
10100 Santa Monica Blvd
Suite 1700
Los Angeles, CA 90067
(310) 703.1755
(310) 703.1799 (facsimile)
*Admitted in CA, IL and NY*
www.balonicklaw.com



https://www.thetop100magazine.com/barney-balonick

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of its author.

**From:** 심재학 <jaehak.shim2@gmail.com>
**Date:** Tuesday, August 18, 2020 at 3:09 AM
**To:** Barney Balonick <bhb@balonicklaw.com>

**Cc:** Huknife2008 <huknife2008@gmail.com>, Hải Hoàng <hoanghai.vimaru@gmail.com>, Mjkim Neu <mjkim@shoesbridge.com>
**Subject:** Re: FW: The walking company

Hi Barney, your comments below is correct on Shoelogics.

Kind regards,
Jason

2020년 8월 18일 (화) 오전 1:45, Barney Balonick <bhb@balonicklaw.com>님이 작성:
To all – as you recall, everyone signed a conflict waiver so that I can communicate to everyone involved here. You should please see the e-mail below. Jason for Shoelogics has determined, because it is closed and no longer operational, to walk away from the case against the Walking Company.

As I explained to Jason, this means that the defendant (The Walking Company) will be able to get a default judgment against it. Since Shoelogics is closed and likely does not have any assets here in the U.S., it is unlikely that the defendant will be able to do anything against it.

Still, everyone on this e-mail, whether for their individual benefit or for that of the "factory" which is the other plaintiff/cross-defendant in this case, should feel free to secure independent counsel. This does not only mean in reference to this e-mail, but in all respects.

In any event, the only other party as plaintiff/cross-defendant is:

TAN AN T&C CO., LTD., a Vietnamese limited company ("Tan")

Since Shoelogics is virtually gone as it is defaulting out, this means that only Tan can pursue this case. It has been my understanding from the beginning that Tan never had the financial capability to prosecute this case past the pleading stage. If everyone recalls, it was the poor financial status that allowed the discount in the retainer.

In any event, we are now at a cross-road: If Tan wishes to pursue this case, it will have to begin to fund the litigation which could mean depositions, travel, and other litigation-related costs. If Tan wishes to quit this case and default, I need to know that now because I'm going to report to defendant's counsel and to the court that Shoelogics is abandoning the case, by tomorrow. I cannot file a dismissal due to the cross-complaint, but if Tan wishes to quit the case as Shoelogics, it can also just take a default judgment and let the case go.

All parties must note, however, that a default judgment can be lodged in other jurisdictions. If either of the parties have assets in other jurisdictions, a default judgment can be used to take those assets.

Since all parties on this e-mail have assets in other countries and not in the U.S., however, it is unlikely that the defendant will be able to do anything other than keep the inventory in its possession. It also means that by defaulting, there will NEVER be the chance to recovery any

funds whatsoever. And, this decision will be a permanent one. Once you default out, you will likely never recover anything from The Walking Company.

Basically, if all parties abandon this case, then you (the plaintiffs, collectively) lose all rights to recover any funds, inventory, and assets. You (all of you) will also be subject to a default judgment.

I am going to report to the defendant's attorney by close of business tomorrow that Shoelogics is defaulting out of this case. Tan needs to either be ready to litigate or default out as well.

Please let me know as soon as possible and I do wish everyone the best in their future endeavors.


Barney Balonick, Esq.
10100 Santa Monica Blvd
Suite 1700
Los Angeles, CA 90067
(310) 703.1755
(310) 703.1799 (facsimile)
***Admitted in CA, IL and NY***
www.balonicklaw.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of its author.


**From:** 심재학 <jaehak.shim2@gmail.com>
**Date:** Sunday, July 19, 2020 at 9:38 PM
**To:** Barney Balonick <bhb@balonicklaw.com>
**Subject:** The walking company

Barney  as stated Shoelogics is closed so we are just walking away from this case.
I do not know about the factory status now and so cannot make comments or decisions for them.

All the best,
Jason

EXHIBIT B

Mr. Balonick, Please be advised that I, Mr. Jaehak Shim, do not wish to proceed any further with the court claims case against the Walking Company Ltd.,

Jaehak Shim

*JAEHAK SHIM*

April 30 2020

*APR 30 2020*

EXHIBIT C

To: Mr. Balonick

Please be advised that I , Min Jong Kim, do not wish to proceed any further with the court claims care against The Working Company Ltd

Min Jong Kim

*[signature]* 2020/05/05