UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:19-cv-07096-VAP-JCx** | Date | January 22, 2021 |
|---|---|---|---|
| Title | ***Shoelogics Korea et al v. The Walking Company*** | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present                                                   None Present

**Proceedings:**    **MINUTE ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE (IN CHAMBERS)**

On January 6, 2021, the Court issued an Order to Show Cause why the instant action should not be dismissed for failure to prosecute. (Dkt. 35). Since that time, Plaintiff has not taken any steps to prosecute this case or respond to the Court's Order.

Consequently, the Court ORDERS that this action be, and hereby is, dismissed without prejudice for failure to prosecute and for failure to comply with the orders of the Court. Fed. R. Civ. P. 41(b); *see Link v. Wabash R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**